■ (A) In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased, Executor of ROSE E. SHAPIRO, Deceased. (B) JOHN HARRIS, Appellant, v. STATE OF NEW YORK, Respondent. (C) JOHN MAIRA et al., Appellants, v. GERALD ROSE et al., Respondents. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ZENDANO, Appellant.— [In each action] Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARTER, Appellant.— Appellant's application to withdraw appeal granted and appeal withdrawn.

■ In the Matter of DOLORES J. IRWIN, Appellant, v. ZONING BOARD OF APPEALS OF THE CITY OF BUFFALO et al., Respondents, et al., Intervenors-Respondents.— Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ (A) ALFRED FOSTER, Individually and Doing Business as A. T. FOSTER OIL CO., Appellant, v. STATE OF NEW YORK, Respondent. (B) JOHN MIGLIO et al., Plaintiffs, v. BRUCE SMALLRIDGE et al., Defendants. [In each action] Appeal dismissed, without costs, upon stipulation.

■ JOSEPH SANZONE et al., Appellants, v. NIAGARA MOHAWK POWER CORP., Respondent.— Appeal dismissed unless briefs are filed and served on or before January 23, 1963.